■ In the Matter of ARTHUR A. S. GIANELLI, Appellant, v DANIEL FRISA et al., Respondents. [646 NYS2d 638] —In a proceeding to invalidate a petition designating Daniel Frisa as a candidate in a primary election to be held on September 10, 1996, for the nomination of the Conservative Party as its candidate for the public office of Congressional Representative for the 4th Congressional District, the appeal is from a judgment of the Supreme Court, Nassau County (Kohn, J.), dated August 2, 1996, which dismissed the proceeding.

Ordered that the judgment is affirmed, without costs or disbursements.

The Supreme Court properly concluded that the respondents' designating petition was valid as there was substantial compliance with Election Law § 6-134 *(see,* Election Law § 6-134 [2], [15]; *Matter of Jonas v Black,* 104 AD2d 466, *affd* 63 NY2d 685). O'Brien, J. P., Santucci, Joy and Friedmann, JJ., concur.

■ In the Matter of LILA GOLD, Appellant, v HOWARD L. LASHER et al., Respondents. [646 NYS2d 638] —In a proceeding to invalidate a petition designating Howard L. Lasher as a candidate in a primary election to be held on September 10, 1996, for the nomination of the Democratic Party as its candidate for the public office of Judge of the Surrogate's Court, Kings County, the appeal is from a judgment of the Supreme Court, Kings County (Garry, J.), dated July 31, 1996, which dismissed the proceeding.

Ordered that the judgment is affirmed, without costs or disbursements.

The Supreme Court properly dismissed the instant proceeding for lack of jurisdiction due to the petitioner's failure to comply with the provisions of the order to show cause *(see,* Election Law § 16-116; *Matter of Caruso v Nassau County Bd. of Elections,* 186 AD2d 701; *Matter of Washington v Mahoney,* 71 AD2d 1047; *cf., Matter of Previdi v Matthews,* 185 AD2d 962, 963). Hart, J. P., Florio, McGinity and Luciano, JJ., concur.